**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charles D. IZAC, Defendant–Appellant.**

**No. 12–7741.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 21, 2013.

Decided: Feb. 25, 2013.

Charles D. Izac, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Charles D. Izac appeals the district court's order denying relief on his motion for review of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Izac,* No. 3:02–cr–00058–JPB–JSK–1 (N.D.W.Va. Sept. 5, 2012). To the extent that Izac intends for his motion for review of his sentence to be considered by this court pursuant to 18 U.S.C. § 3742(A), we deny the motion as untimely.* We

---

* Although the appeal period in criminal cases    is not jurisdictional, but rather a claim-pro-

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

cessing rule, *Bowles v. Russell,* 551 U.S. 205, 209–14, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007); *United States v. Urutyan,* 564 F.3d 679, 685 (4th Cir.2009), where, as here, review is sought more than five years after the entry of the judgment, we may exercise our inherent power to dismiss it. *See United States v. Mitchell,* 518 F.3d 740, 744, 750 (10th Cir.2008).